| United States Bankruptcy Court
Western District of Missouri | Voluntary Petition |

| Name of Debtor (if individual, enter Last, First, Middle):
**Outdoor Rooms by Design LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years
(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years
(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **20-0908601** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):
**1225 Clevenger Cove Road**
**Hollister, MO**
ZIP CODE **65672** | Street Address of Joint Debtor (No. & Street, City, and State):
ZIP CODE |
| County of Residence or of the Principal Place of Business:
**Taney** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):
ZIP CODE | Mailing Address of Joint Debtor (if different from street address):
ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):
**11966 State Highway 13, Kimberling City, MO** | ZIP CODE **65686** |

| Type of Debtor
(Form of Organization)
(Check one box.) | Nature of Business
(Check one box.) | Chapter of Bankruptcy Code Under Which
the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other | ☐ Chapter 7      ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 9
☑ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding
☐ Chapter 12
☐ Chapter 13 |

| | Tax-Exempt Entity
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | Nature of Debts
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☑ Debts are primarily business debts. |

| Filing Fee (Check one box)
☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors
**Check one box:**
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
**Check if:**
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).
**Check all applicable boxes:**
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>**Outdoor Rooms by Design LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X   **Not Applicable**<br>_____<br>Signature of Attorney for Debtor(s)       Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐   Yes, and Exhibit C is attached and made a part of this petition.<br>☑   No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>                                     _____<br>                                     (Name of landlord that obtained judgment)<br><br>                                     _____<br>                                     (Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| **Voluntary Petition** | **Name of Debtor(s)** |
|---|---|
| *(This page must be completed and filed in every case)* | Outdoor Rooms by Design LLC |

## Signatures

<table>
<tr>
<td>

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
    Signature of Debtor

X **Not Applicable**
    Signature of Joint Debtor

    Telephone Number (If not represented by attorney)

    Date

</td>
<td>

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
    (Signature of Foreign Representative)

    (Printed Name of Foreign Representative)

    Date

</td>
</tr>
<tr>
<td>

**Signature of Attorney**

X **/s/ David E. Schroeder**
    Signature of Attorney for Debtor(s)

**David E. Schroeder   Bar No. 32724**
    Printed Name of Attorney for Debtor(s) / Bar No.

**David Schroeder Law Offices, P.C.**
    Firm Name

**1524 East Primrose, Suite A Springfield, MO 65804**

    Address

**(417) 890-1000**          **(417) 886-8563**
    Telephone Number

**8/19/2011**
    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
    Printed Name and title, if any, of Bankruptcy Petition Preparer

    Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

    Address

X **Not Applicable**

    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
<tr>
<td>

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Randy L. Renyer**
    Signature of Authorized Individual

**Randy L. Renyer**
    Printed Name of Authorized Individual

**Managing Member**
    Title of Authorized Individual

**8/19/2011**
    Date

</td>
<td>

</td>
</tr>
</table>

**United States Bankruptcy Court**
**Western District of Missouri**

In Re:                                                    Case No. _____
                                                              Chapter 11

**OUTDOOR ROOMS BY DESIGN LLC**


**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**


"I, **Randy L. Renyer**, declare under penalty of perjury that I am the co-managing member of **OUTDOOR ROOMS BY DESIGN LLC**, a Missouri limited liability entity and that I am authorized to file a voluntary petition commencing a Chapter 11 voluntary bankruptcy case on behalf of the LLC."


Executed on: 8/19/2011                          /s/ Randy L. Renyer _____
                                                          Randy L. Renyer, Co-Managing Member

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Western District of Missouri

In re:   **Outdoor Rooms by Design LLC**

Debtor

Case No. _____

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 17,500.00 |
| Prior to the filing of this statement I have received | $ | 17,500.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

   ☑ Debtor     ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify)

4. ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   [Other provisions as needed]
        **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **a. For attorney's services Debtor shall be charged at attorney's standard hourly rate and Debtor has paid a retainer in the amount of $17,500.00**
   **b. See Attachment 1 for complete Attorney Employment Agreement**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **8/19/2011**

**/s/ David E. Schroeder**
**David E. Schroeder, Bar No. 32724**

**David Schroeder Law Offices, P.C.**
Attorney for Debtor(s)

# ATTORNEY EMPLOYMENT AGREEMENT
## (CHAPTER 11 BANKRUPTCY PROCEEDING)

WHEREAS, the undersigned party, hereinafter designated as "Client" is desirous of retaining DAVID SCHROEDER LAW OFFICES, P.C., and the undersigned attorney to represent it with respect to its current legal financial situation and the law firm and attorney is desirous of representing Client, and

WHEREAS, The rules of professional conduct suggests that attorneys have written agreements with clients regarding matters being handled and fees, and

THEREFORE, it is mutually agreed to as follows:

A.      The attorney hereby agrees to represent Client with respect to the analysis of Client's financial situation and render advice and assistance to the Client in determining whether to file a Petition under Title 11 of the United States Code. Additional services to be rendered include the preparation and filing of the Petition, Schedules, and Statement of Affairs and other documents required by the Court, together with representation of the Client at the Debtor Interview and Meeting of Creditors. For compensation and for attorney's services, time and attorney fees limited to the service or services described, Client agrees to pay the attorney a prepaid advance payment retainer or fee of $17,500.00.  The prepaid charge paid may, in the law firm's sole discretion, be retained in the law firm trust account or applied against charges for the afore-described services and is deemed earned upon receipt.

B.      All services rendered or to be rendered in the future beyond the services previously described shall be charged at the law firm's standard hourly rate currently $275.00 for attorneys and $75.00 for legal assistants or paralegals. Hourly charges shall include telephone conferences, voice mail retrieval and response, research, receipt and review of correspondence and pleadings, drafting of pleadings and correspondence, trial preparation, as well as such other matters that may be necessary for disposition of the matter or matters relating to the representation.  In addition to hourly charges, Client agrees to pay for all costs, including but not limited to court costs, filing fees, court reporting costs, transcripts, long distance telephone charges, postage and copy charges and any charges that the firm may in its discretion incur as the result of employment of investigators or appraisals. As security for payment of future services beyond the services and total fee charged in paragraph A above, Client shall pay the attorney a retainer of $17,500.00 plus advance Court costs of $1,039.00.

C.      Client agrees to pay all fees due upon request and understands that failure to pay attorney fees may be a basis for the attorney withdrawing from the case.  Payment is due upon receipt of statements following Bankruptcy Court approval, if applicable.  Unpaid balances shall bear interest at the rate of One and Five-Tenths percent (1.5%) per month for each Thirty (30) day period the balance remains unpaid.  In the event legal action is taken to collect any past-due balance, Client agrees to pay costs of collection, including court costs and attorney fees.

D.      Client may discharge the attorney at any time, subject to Court approval.  The attorney may withdraw with the Client's consent or for good cause, subject to Court approval, which includes any breach by the Client of this representation agreement.  When the attorney's services conclude, all unpaid charges are immediately due, and the attorney will deliver to Client any funds or other property of Clients in the attorney's possession.

Executed and terms accepted this _____ day of August, 2011.

OUTDOOR ROOMS BY DESIGN LLC BY

/s/ Randy L. Renyer
_____
                    Client


APPROVED:

DAVID SCHROEDER LAW OFFICES, P.C.


BY: _/s/ David E. Schroeder_____
        David E. Schroeder
        Attorney for Debtor

MOW 1009-1.2 (05/07)

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF MISSOURI

IN RE:                                          )
                                                )
**Outdoor Rooms by Design LLC**                 )
                                                )
                                                )   Case No.
                                                )
        Debtor(s)                               )
                                                )

### VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date:   **8/19/2011**                      **s/ Randy L. Renyer**

                                           **Randy L. Renyer,Managing Member**
                                                Signature of Debtor

Instructions: Include in voluntary petition package if matrix is filed at case opening. File as a separate document when a matrix or amended matrix is uploaded after the date the petition is filed.

Telescope Casual Furniture
85 Church Street
Granville, NY  12832


Wells Fargo
WF Business Direct
PO Box 348750
Sacramento, CA  95834


Marquis Spas
596 Hoffman Rd
Independence, OR  97351


CitiBusiness Cardmember Services
PO Box 6013
Sioux Falls, SD  57117-6013


American Express Open
Customer Card
PO Box 981535
El Paso, TX  79998-1535


Plantation Patterns
Dept 2567
PO Box 11407
Birmingham, AL  35246


American Express
PO Box 981535
El Paso, TX  79998-1535


Advanta Credit Cards
PO Box 9217
Old Bethpage, NY  11804


Stone County Collector
Vicki A. May
PO Box 256
Galena, MO  65656

```
Onward Manufacturing
585 Kumpf Drive
Waterloo, ON< N2V 1K3 Canada


Hammock Source
PO Box 1602
Greenville, NC  27835


Wells Fargo
WF Business Direct
PO Box 348750
Sacramento, CA  95834


Phillips 66-Conoco76
Credit Card Center
PO Box 653062
Dallas, TX  75265-3062


Classic Rattan Inc.
900 John C. Watts Drive
Nicholasville, KY  40356


Bank of American
PO Box 982238
El Paso, TX  79998-2238


Journal Broadcast Group
PO Box 2180
Springfield, MO  65801


Adventure Marketing Group Inc.
4143 E. Gastonbury
Springfield, MO 65809


Vidalia Outdoor Products
303 Miracle Lane
Vidalia, GA  30474
```

```
Staples Credit Plan
PO Box 653031
Dallas, TX  75265-3031




Bank of America
PO Box 982238
El Paso, TX  79998-2238
```

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Western District of Missouri

In re **Outdoor Rooms by Design LLC** _____ , Case No. _____

Debtor

Chapter __11__ _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Stone County Collector<br>Vicki A. May<br>PO Box 256<br>Galena, MO  65656 | | | | $24,815.82 |
| Wells Fargo<br>WF Business Direct<br>PO Box 348750<br>Sacramento, CA  95834 | | | | $19,842.35 |
| Marquis Spas<br>596 Hoffman Rd<br>Independence, OR  97351 | | | | $17,465.87 |
| CitiBusiness Cardmember Services<br>PO Box 6013<br>Sioux Falls, SD  57117-6013 | | | | $15,031.78 |
| American Express Open<br>Customer Card<br>PO Box 981535<br>El Paso, TX  79998-1535 | | | | $13,883.51 |
| Plantation Patterns<br>Dept 2567<br>PO Box 11407<br>Birmingham, AL  35246 | | | | $11,184.06 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Outdoor Rooms by Design LLC** _____    Case No. _____

_____
Debtor

Chapter  11 _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

| | | | | |
|---|---|---|---|---|
| **American Express**<br>PO Box 981535<br>El Paso, TX  79998-1535 | | | | $9,678.11 |
| **Advanta Credit Cards**<br>PO Box 9217<br>Old Bethpage, NY  11804 | | | | $8,435.66 |
| **Bank of America**<br>PO Box 982238<br>El Paso, TX  79998-2238 | | | | $7,673.00 |
| **Onward Manufacturing**<br>585 Kumpf Drive<br>Waterloo, ON< N2V 1K3 Canada | | | | $7,010.51 |
| **Telescope Casual Furniture**<br>85 Church Street<br>Granville, NY  12832 | | | | $5,897.75 |
| **Wells Fargo**<br>WF Business Direct<br>PO Box 348750<br>Sacramento, CA  95834 | | | | $4,455.66 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  Outdoor Rooms by Design LLC
_____
                    Debtor

Case No. _____

Chapter  11  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Phillips 66-Conoco76<br>Credit Card Center<br>PO Box 653062<br>Dallas, TX  75265-3062 | | | | $4,066.79 |
| Classic Rattan Inc.<br>900 John C. Watts Drive<br>Nicholasville, KY  40356 | | | | $3,795.00 |
| Bank of American<br>PO Box 982238<br>El Paso, TX  79998-2238 | | | | $2,689.33 |
| Journal Broadcast Group<br>PO Box 2180<br>Springfield, MO  65801 | | | | $2,592.00 |
| Adventure Marketing Group Inc.<br>4143 E. Gastonbury<br>Springfield, MO 65809 | | | | $2,547.60 |
| Vidalia Outdoor Products<br>303 Miracle Lane<br>Vidalia, GA  30474 | | | | $2,457.62 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Outdoor Rooms by Design LLC**                                              , Case No. _____

                                    Debtor                                    Chapter   11   _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

---

**Staples Credit Plan**
PO Box 653031
Dallas, TX  75265-3031                                                                                          $2,012.10

**Hammock Source**
PO Box 1602
Greenville, NC  27835                                                                                          $1,776.75

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Randy L. Renyer, Managing Member of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **8/19/2011** _____                    Signature:    **s/ Randy L. Renyer** _____

                                                                         **Randy L. Renyer ,Managing Member** _____
                                                                         (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.